# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BRENDON BARKER,** | Civil File No. 11-02143-EMF-JPO |
| **Plaintiff,** | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **ENHANCED RECOVERY COMPANY, LLC,** | |
| **Defendant.** | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Brendon Barker, and the defendant, Enhanced Recovery Company, LLC, hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated:  August 19, 2011      By /s/J. Mark Meinhardt
J. Mark Meinhardt #20245
4707 College Boulevard, Suite 100
Leawood, KS  66211
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF

Dated:  August 19, 2011      By /s/Brian W. Fields
Brian W. Fields, #18356
Lathrop & Gage LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
(816) 292-2000
(816) 292-2001 (fax)
ATTORNEY FOR DEFENDANT